FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUL 0 8 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-01716-BNB

JOHNATHAN W. MOSIER,

　　　　Applicant,

v.

SUSAN JONES, Warden CCF, and
JOHN SUTHERS, Attorney General of the State of Colorado,

　　　　Respondents.

---

## ORDER TO FILE PRE-ANSWER RESPONSE

---

As part of the preliminary consideration of the Application for a Writ of Habeas

Corpus Pursuant to 28 U.S.C. § 2254 filed on June 30, 2011, in this action and pursuant

to **Denson v. Abbott**, 554 F. Supp. 2d 1206 (D. Colo. 2008), the Court has determined

that a limited Pre-Answer Response is appropriate.  Respondents are directed pursuant

to Rule 4 of the Rules Governing Section 2254 Cases in the United States District

Courts to file a Pre-Answer Response limited to addressing the affirmative defenses of

timeliness under 28 U.S.C. § 2244(d) and/or exhaustion of state court remedies under

28 U.S.C. § 2254(b)(1)(A).  If Respondents do not intend to raise either of these

affirmative defenses, they must notify the Court of that decision in the Pre-Answer

Response.  Respondents may not file a dispositive motion as their Pre-Answer

Response, or an Answer, or otherwise address the merits of the claims in response to

this Order.

In support of the Pre-Answer Response, Respondents should attach as exhibits

all relevant portions of the state court record, including but not limited to copies of all documents demonstrating whether this action is filed in a timely manner and/or whether Applicant has exhausted state court remedies.

Applicant may reply to the Pre-Answer Response and provide any information that might be relevant to the one-year limitation period under 28 U.S.C. § 2244(d) and/or the exhaustion of state court remedies. Applicant also should include information relevant to equitable tolling, specifically as to whether he has pursued his claims diligently and whether some extraordinary circumstance prevented him from filing a timely 28 U.S.C. § 2254 action in this Court.

Finally, although Applicant is incarcerated in a state prison, the court notes that he is challenging a municipal court conviction in the instant action. If the named Respondents are not the appropriate Respondents with respect to Applicant's claims challenging his municipal court conviction, Respondents should advise the court who the proper Respondent is and move for a substitution of party. Accordingly, it is

ORDERED that **within twenty-one (21) days from the date of this Order** Respondents shall file a Pre-Answer Response that complies with this Order. It is

FURTHER ORDERED that **within twenty-one (21) days of the filing of the Pre-Answer Response** Applicant may file a Reply, if he desires. It is

FURTHER ORDERED that if Respondents do not intend to raise either of the affirmative defenses of timeliness or exhaustion of state court remedies, they must notify the Court of that decision in the Pre-Answer Response.

DATED at Denver, Colorado, this 7th day of July, 2011.

BY THE COURT:


s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.  11-cv-01716-BNB

Johnathan W Mosier
Prisoner No.  128495
Centennial Correctional Facility
PO Box 600
Cañon City, CO 81215

Susan Jones, Warden
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

James Quinn, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**


       I hereby certify that I have mailed a copy of the ORDER to the above-named
individuals, and the following forms to Keith Nordell for service of process on Susan Jones:
APPLICATION FOR WRIT OF HABEAS CORPUS FILED 06/30/11 on July 8, 2011.

                                        GREGORY C. LANGHAM, CLERK


                                        By:_____
                                                      Deputy Clerk