**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01716-BNB

JOHNATHAN W. MOSIER,

    Applicant,

v.

SUSAN JONES, Warden CCF, and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's motions requesting court orders to be provided additional paper and envelopes (Doc. #9), unlimited photocopies (Doc. #10), and 100 free copies of his departmental file, working file, and criminal justice records (Doc. #11), are DENIED. Applicant's motion to proceed without prepayment of filing fees (Doc. #12) is DENIED as moot because Applicant already has been granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action. Applicant's "Request for Court Order" (Doc. #13) is DENIED because Applicant does not request any relief in that motion. Applicant's motions for appointment of counsel (Docs. #15 and #16) are DENIED as premature.

Dated: July 22, 2011